Hazel KENNEDY, Appellant, v. STATE of Texas, Appellee.

No. 23928.

Court of Criminal Appeals of Texas.

Oct. 29, 1947.

No appearance for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Appellant was convicted of burglary and his punishment assessed at two years in the penitentiary. He gave notice of appeal to this court. He now advises us by his personal affidavit that he does not desire to further prosecute his appeal, but wishes the same dismissed, and at his request the appeal is accordingly dismissed.